**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **INPUT CAPITAL CORP.**<br>**1914 Hamilton Street**<br>**Regina Saskatchewan**<br>**Canada S4P 3N6**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BRIDGEWAY NATIONAL CORP.**<br><br>**Serve: Bridgeway National Corp.**<br>**c/o The Corporation Trust Co.**<br>**Corporation Trust Center**<br>**1209 Orange Street**<br>**Wilmington, DE 19801**<br><br>**Defendant.** | ) | **Case No. ____________** |

**COMPLAINT**
**<u>For Recognition of Foreign-Country Money Judgment</u>**

Input Capital Corp., by counsel, brings this action against defendant Bridgeway National Corp., pursuant to the Uniform Foreign-Country Money Judgments Recognition Act of 2011, D.C. Code Ann. § 15-361 (West) *et seq.* (the "Act").

**<u>PARTIES</u>**

1. Input Capital Corp. ("Input") is a Canadian corporation that has its principal place of business at 1914 Hamilton Street, Regina, Saskatchewan, Canada S4P 3N6.

2. Bridgeway National Corp. ("Bridgeway") is a Delaware corporation that has its principal place of business at 1015 15th Street NW, Suite 1030, Washington, DC 20005. Bridgeway's registered agent in the State of Delaware is The Corporation Trust Company.

## JURISDICTION AND VENUE

3. The Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332(a) because (1) there is complete diversity of citizenship between Plaintiff, a citizen of Canada, and the Defendant, which is a citizen of Delaware (place of incorporation), and the District of Columbia (the nerve center); and (2) the amount in controversy is greater than $75,000.00.

4. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(a) and (c), because it is where the Defendant resides.

## FACTS

5. Input filed suit against Bridgeway in the Court of Queen's Bench for Saskatchewan, Canada on February 5, 2021, as Case File Number Q.B.G. No. 315 of 2021 ("the Canadian Litigation").

6. The Canadian Litigation sought money damages resulting from Bridgeway's breach and termination of an Arrangement Agreement dated August 12, 2020 ("the Agreement"). Pursuant to the Agreement, 102109637 Saskatchewan Ltd., a wholly-owned subsidiary of Bridgeway, was to purchase 100% of the issued and outstanding common shares of Input together with any outstanding options to purchase shares and deferred share units issued under Input's deferred share unit plan dated December 1, 2013.

7. On February 19, 2021, Bridgeway was duly served, and thereby given notice of the Canadian Litigation, by service of process through Bridgeway's Registered Agent. Proof of service is attached as Exhibit A.

8. Service of process on Bridgeway was proper and complied with the applicable provisions of the Queen's Bench Rules for Saskatchewan.

9. Despite having actual notice of the Canadian Litigation through service of

process, Bridgeway failed to file any pleading or motion in response to the Statement of Claim within the time allowed by applicable law.

10. On March 22, 2021, the Court of Queen's Bench entered a default money judgment in favor of Input and against Bridgeway in the amount of CAD 2,810,244.52, including applicable interests and costs. The judgment is final and has not been appealed. No portion of the judgment has been paid. An official copy of the judgment, which has been certified in compliance with Fed. R. Civ. P. 44(a)(2)(A)(ii), is attached as Exhibit B.

**Claim Under D.C. CODE ANN § 15-361 (WEST), et seq.**

11. Input requests that this Court recognize the judgment entered against Bridgeway on March 22, 2021, by the Court of Queen's Bench for Saskatchewan, Canada, pursuant to the Uniform Foreign-Country Money Judgments Recognition Act of 2011, D.C. CODE ANN., § 15-361 (WEST) *et seq.* (the "Act").

12. Input is entitled to the requested relief because the judgment is a foreign-country money judgment that is final, conclusive, and enforceable where rendered. *Id*. §15-363 (a)(2)(A)-(C).

13. Accordingly, the Judgment is entitled to recognition and enforcement pursuant to § 15-366 of the Act.

WHEREFORE plaintiff requests that the Court enter an order recognizing the judgment of the Court of Queen's Bench of Saskatchewan, Canada, in Case File Number Q.B.G. No. 315

of 2021, against the Defendant; award Plaintiff its costs incurred in this action; and for such other such relief the Court deems proper.

Respectfully submitted,

/s/ William F. Savarino
William F. Savarino, D.C. Bar No. 386706
CORDATIS, LLP
1011 Arlington Blvd. Suite 375
Arlington, VA 22209
Office: (202) 342-2550
Fax: (202) 342-6147

Attorney for Plaintiff Input Capital Corp.