COURT FILE NUMBER Q.B.G. No. 315 of 2021

COURT OF QUEEN'S BENCH FOR SASKATCHEWAN

JUDICIAL CENTRE REGINA

PLAINTIFF **INPUT CAPITAL CORP.**

DEFENDANT **BRIDGEWAY NATIONAL CORP.**

## AFFIDAVIT OF SERVICE

I, Javier Ignacio, of Wilmington, Delaware, **MAKE OATH AND SAY (or AFFIRM) THAT**:

1. On Friday, February 19, 2021, at 2:53 p.m., I served Bridgeway National Corp., with the Statement of Claim, an original or true copy of which was issued in Court on February 5, 2021, by leaving a copy of it with Amy McLaren, Operations Manager, at the office of Bridgeway National Corp.'s Registered Agent in the State of Delaware, The Corporation Trust Company:

Corporation Trust Centre
1209 Orange Street
Wilmington, DE 19801

2. Attached as Exhibit "A" to this Affidavit is a true copy of Statement of Claim referenced in paragraph 1 of this Affidavit and served on Bridgeway National Corp.

**SWORN (OR AFFIRMED) BEFORE ME** )
at Wilmington, Delaware )
this 19th day of February, 2021. )

[signature]

A Notary Public in and for the
State of Delaware.
My commission expires: 07-26-2022

[signature]
Javier Ignacio

MARK C. TRIMBLE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 26, 2022

**CONTACT INFORMATION AND ADDRESS FOR SERVICE**


| | |
|---|---|
| Name of firm: | McKERCHER LLP |
| Name of lawyer in charge of file: | Graham E. Quick |
| Address of legal firm: | 800 – 1801 Hamilton Street<br>Regina, SK S4P 4B4 |
| Telephone number: | (306) 565-6500 |
| Fax number: | (306) 565-6565 |
| E-mail address: | g.quick@mckercher.ca |
| File number: | 109593.222 |

THIS IS EXHIBIT "A" REFERRED TO IN THE AFFIDAVIT OF SERVICE OF JAVIER IGNACIO SWORN BEFORE ME THIS 19th DAY OF FEBRUARY, 2021.

A Notary Public in and for the
State of Delaware.
My commission expires: 07-26-2022

MARK C. TRIMBLE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 26, 2022

## STATEMENT OF CLAIM

1. The Plaintiff, **INPUT CAPITAL CORP.** ("**Input Capital**"), is a body corporate, incorporated pursuant to the laws of the Province of Saskatchewan with a registered office in Regina, Saskatchewan. Input Capital is a reporting issuer in Ontario and listed on the TSX Venture Exchange.

2. The Defendant, **BRIDGEWAY NATIONAL CORP.** ("**Bridgeway**") is a body corporate, incorporated pursuant to the laws of the State of Delaware with a registered office in Washington, District of Columbia, United States of America. Bridgeway's registered agent in the State if Delaware is The Corporation Trust Company.

### Arrangement Agreement

3. On or about July 23, 2020, Bridgeway gave Input Capital a letter of intent with respect to a proposal by it to purchase up to 100% of the issued and outstanding common shares of Input Capital (the "**Shares**").

4. Input Capital, Bridgeway, and 102109637 Saskatchewan Ltd. (the "**Purchaser**") subsequently entered into an Arrangement Agreement dated August 12, 2020 (the "**Arrangement Agreement**"). The Arrangement Agreement provides that the Shares were to be purchased by the Purchaser. The Purchaser is a wholly-owned subsidiary of Bridgeway.

5. In accordance with the Arrangement Agreement, the Purchaser agreed to purchase 100% of the Shares together with any outstanding options to purchase Shares and deferred share units issued under Input Capital's deferred share unit plan dated December 1, 2013. The purchase price of the Shares to be paid by the Purchaser was $1.75 per share (the "**Consideration**").

### Purchaser Termination Fee

6. Section 7.2 of the Arrangement Agreement provides that Bridgeway shall pay or cause to be paid to Input Capital by wire transfer of immediately available funds in an amount equal to 3% of the aggregate Consideration for the purchase of the Shares if:

(a) all conditions set forth in section 6.1 or 6.2 of the Arrangement Agreement have been satisfied or waived, excluding conditions that cannot be satisfied because of a failure of Bridgeway and/or the Purchaser to perform any covenant or agreement required under the Arrangement Agreement; and

(b) Input Capital terminates the Arrangement Agreement pursuant to section 7.1(a)(iv)(A) of the Arrangement Agreement;

(the "**Purchaser Termination Fee**").

7. Since the Purchaser Termination Fee is 3% of the aggregate Consideration for the purchase of the Shares, the Purchaser Termination Fee is the sum of $2,810,244,52, calculated as follows:

53,528,467 Shares x $1.75 per share x 3% = $2,810,244,52.

8. Input Capital had satisfied all conditions applicable to it pursuant to sections 6.1 and 6.2 of the Arrangement Agreement excluding conditions that could not be satisfied by it due to the failure of Bridgeway and/or the Purchaser to perform the Arrangement Agreement.

9. On or about October 29, 2020, Input Capital gave notice to Bridgeway and the Purchaser that Input Capital was terminating the Arrangement Agreement pursuant to section 7.1(a)(iv)(A) and directed Bridgeway to immediately pay the Purchaser Termination Fee to Input Capital in accordance with section 7.2 of the Arrangement Agreement

10. Bridgeway has refused and/or neglected to pay the Purchaser Termination Fee to Input Capital notwithstanding Input Capital's direction for payment pursuant to section 7.2 of the Arrangement Agreement and Bridgeway's acknowledgement and agreement to pay the Purchaser Termination Fee.

**Relief**

11. Input Capital therefore claims the following relief against Bridgeway:

(a) judgment in the amount of $2,810,244.52;

(b) pre-judgment interest pursuant to *The Pre-judgment Interest Act*, SS 1984-85-86, c P-22.2, as amended, until the date of judgment;

(c) costs of this action; and

(d) such further and other relief as this Honourable Court may allow.

DATED at Regina, Saskatchewan, this 5th day of February, 2021.

**McKERCHER LLP**

Per: ______________________________

Solicitors for the Plaintiff,
**Input Capital Corp.**

**CONTACT INFORMATION AND ADDRESS FOR SERVICE**

| | |
|---|---|
| Name of firm: | McKERCHER LLP |
| Name of lawyer in charge of file: | Graham E. Quick |
| Address of legal firm: | 800 – 1801 Hamilton Street<br>Regina, SK S4P 4B4 |
| Telephone number: | (306) 565-6500 |
| Fax number: | (306) 565-6565 |
| E-mail address: | g.quick@mckercher.ca |
| File number: | 109593.222 |