# NOTARIAL CERTIFICATE

**I, DAVID J. BISHOP** of Regina, Saskatchewan, a Notary Public in and for the Province of Saskatchewan, duly appointed,

**DO CERTIFY AND ATTEST THAT:**

1. The document attached to this certificate is a true copy of a document produced to me and purporting to be

**CERTIFIED TRUE COPY**

**OF**

**JUDGMENT IN DEFAULT OF DEFENCE IN CAS OF LIQUIDATION DEMAND AND CERTIFICATE OF ASSESSMENT OF COSTS**

**DATED:** June 25th, 2021

2. I have compared the copy, with the original document and I have granted the copy under my notarial form and seal of office to serve and avail as occasion shall or may require.

DATED at Regina, Saskatchewan this 25th day of June, 2021.

DAVID J. BISHOP Notary Public SASKATCHEWAN

________________________________
A Notary Public, in and for the Province of Saskatchewan
Being a Solicitor

David Bishop
McKercher LLP
Barrister & Solicitor in and for Saskatchewan
Direct Line: (306) 565-6511
800 – 1801 Hamilton Street
Regina, SK Canada S4P 4B4

QUEEN'S BENCH
JUDICIAL CENTRE of REGINA
MAR 22 2021
FILED

COURT FILE NUMBER Q.B.G. No. 315 of 2021

COURT OF QUEEN'S BENCH FOR SASKATCHEWAN

JUDICIAL CENTRE REGINA

PLAINTIFF **INPUT CAPITAL CORP.**

DEFENDANT **BRIDGEWAY NATIONAL CORP.**

**JUDGMENT**

IN DEFAULT OF DEFENCE IN CASE OF LIQUIDATED DEMAND AND CERTIFICATE OF ASSESSMENT OF COSTS

The 22nd day of March, 2021.

The Defendant not having delivered any defence to the Statement of Claim, the Court orders that the Plaintiff recover from the Defendant $2,810,244.52 and costs to be assessed.

D. Local Registrar

The above costs have been assessed and allowed at $585.00 this 22nd day of March, 2021.

| | |
|---|---|
| Claim | $2,810,244.52 |
| Interest | 954.66 |
| Costs other than service | 550.00 |
| Service costs | 35.00 |
| TOTAL | $2,811,784.18 |

D. Local Registrar

CERTIFIED A TRUE COPY
Dated this 24 day of June 2021
Deputy Local Registrar
Judicial Centre of Regina

## CONTACT INFORMATION AND ADDRESS FOR SERVICE


| | |
|---|---|
| Name of firm: | McKERCHER LLP |
| Name of lawyer in charge of file: | Graham E. Quick |
| Address of legal firm: | 800 – 1801 Hamilton Street<br>Regina, SK S4P 4B4 |
| Telephone number: | (306) 565-6527 |
| Fax number: | (306) 565-6565 |
| E-mail address: | g.quick@mckercher.ca |
| File number: | 109593.222 |

CANADA )

PROVINCE OF ALBERTA )

CITY OF CALGARY )

CONSULATE GENERAL OF THE )

UNITED STATES OF AMERICA )

I certify that the official named below, whose true signature and official seal are, respectively, subscribed and affixed to the annexed document, was, on this day, empowered to act in the official capacity designated in the annexed document, to which faith and credit are due.

David J. Bishop
(Name of the Notary)

(Signature of Consular Officer)

Jonathan M. Gearing
(Typed name of Consular Officer)

Vice Consul of the United States of America
(Title of Consular Officer)

July 9, 2021
(Date)