AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

INPUT CAPITAL CORP.
*Plaintiff*
v.
BRIDGEWAY NATIONAL CORP.
*Defendant*

Civil Action No. 21-cv-2125 (TNM)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: judgment is entered in favor of plaintiff Input National Corp., and against defendant, Bridgeway National Corp., in the amount of Two Million Eight Hundred Eleven Thousand Seven Hundred Eighty Four and 18/100 Canadian Dollars (CAD $2,811,784.18), as entered by the Court of Queen's for Saskatchewan, Canada, in Court File No. 315 of 2021.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Trevor N. McFadden on a motion for Default Judgment.

Date: 10/25/2021

*ANGELA D. CAESAR, CLERK OF COURT*

Helen McHaclan

*Signature of Clerk or Deputy Clerk*